WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Midtown Hotel Group LLC, | No. CV-22-01395-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Selective Insurance Company of America and Hartford Steam Boiler Inspection and Insurance Company, | |
| Defendants. | |

    Pending before the Court is the parties' joint discovery dispute (Doc. 155) regarding whether Public Adjustor David Skipton may be present during the depositions of Defendant Selective's Adjuster, Ronald Rudow, and Defendant HSB's adjuster, Reginald Grayson. Defendants object to Mr. Skipton being allowed to attend because he will intimidate the deponents. Plaintiff counters that any claimed intimidation is purely speculative, and any risk is minimized by the fact that the depositions will be over Zoom.

    The Court agrees with Plaintiff that the risk of intimidation to a professional adjustor by the mere presence of another professional adjustor is very low. Accordingly, the Court will not issue a protective order barring Mr. Skipton from the depositions.

    By the parties filing, the Court assumes Plaintiff is also seeking permission for Mr. Skipton to attend, as required by this Court's scheduling order. (Doc. 24 at 3, lines 10-13). Permission is granted. Mr. Skipton may attend the depositions of Mr. Rudow and Mr. Grayson.

Accordingly,

**IT IS ORDERED** that Defendants' request for a protective order (Doc. 155) is denied.

Dated this 18th day of January, 2024.

James A. Teilborg
Senior United States District Judge